■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CARNCROSS, Appellant. [855 NYS2d 410]—Motion for reargument denied. Present—Martoche, J.P., Smith, Centra, Green and Gorski, JJ.

■ In the Matter of KRISTI L.T., Respondent, v ANDREW R.V., Appellant. [855 NYS2d 410]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY R. PATTISON, Appellant. [857 NYS2d 925]—Motion for reargument and other relief granted to the extent that, upon reargument, the memorandum and order entered March 14, 2008 (49 AD3d 1157 [2008]) is amended by deleting the word "defendant" from the second sentence of the second paragraph of the memorandum and substituting the words "the People." Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.

■ In the Matter of the Adoption of a Child Whose First Name is McKAYLA. JAMIE B. et al., Respondents; MARTIN U., Appellant. [855 NYS2d 410]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDNEY BURCH, Appellant, v GLENN S. GOORD, as Commissioner, New York State Department of Correctional Services, Respondent. [855 NYS2d 410]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM EADDY, Appellant, v GLENN S. GOORD, as Commissioner, New York State Department of Correctional Services, Respondent. [855 NYS2d 410]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Smith, Green and Gorski, JJ.